

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00582-CV

**IN THE INTEREST OF C.A.** and M.A., Children,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01957
Honorable Martha Tanner, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

On March 16, 2016, Attorney and Guardian Ad Litem for the children, who are the subject of this proceeding, filed a motion for rehearing regarding this court's opinion dated March 2, 2016. The motion for rehearing is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court